# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

### Airman First Class OWEN D. HIPPS
### United States Air Force

### ACM 38927

### 16 August 2016

Sentence adjudged 18 August 2015 by GCM convened at Columbus Air Force Base, Mississippi. Military Judge: Shaun Speranza.

Approved Sentence: Dishonorable discharge, confinement for 10 months, and reduction to E-1.

Appellate Counsel for Appellant: Major Jeffrey A. Davis.

Appellate Counsel for the United States: Colonel Katherine E. Oler.

Before

DUBRISKE, BROWN, and HARDING
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred.[*] Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are **AFFIRMED**.



FOR THE COURT

LEAH M. CALAHAN
Clerk of the Court

---

[*] The Court-Martial Order (CMO) incorrectly reflects the date of the promulgating order as 19 November 2015 in the header on pages 2 and 3 of the CMO. The correct date is 17 November 2015 as indicated on page 1 of the CMO and consistent with the date of the action by the Convening Authority. We order promulgation of a corrected CMO to accurately reflect the date of the order.